United States District Court
Southern District of Texas

**ENTERED**

April 28, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION**

| | | |
|---|---|---|
| CRISTIAN ALEJANDRO GUARDADO ALFARO | § | |
| Petitioner, | § | |
| | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 5:26-CV-00769 |
| | § | |
| Webb County Detention Center | § | |
| Respondent. | | |

**ORDER**

Pending before the Court is *pro se* petitioner Cristian Alejandro Guardado Alfaro's ("Petitioner") Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241, (Dkt. 1).

Having reviewed the Petition, Respondents are hereby **ORDERED** to show cause and submit a response to the Habeas Petition, (Dkt. 1), and serve it on the ***pro se* Petitioner** no later than **May 4, 2026,** which is between the three-to-twenty-day time period contemplated by 28 U.S.C. § 2243. The Court advises the Respondents that if no response is received, the Court may treat the petition as unopposed. Petitioner may to submit a reply to Respondents' Response on or before **May 11, 2026**.

The Clerk is **DIRECTED** to e-mail a copy of the Petition, (Dkt. 1), and this Order to the following email addresses: usatxs.civilnotice@usdoj.gov, Daniel.Hu@usdoj.gov, and Hector.Ramirez@usdoj.gov.

Finally, the Clerk is directed to mail a copy of this order to Petitioner via any receipted means at:

> **Cristian Alejandro Guardado Alfaro
> A# 249049150**

1 / 2

**Warden of Webb County Detention Center**
**9998 S Highway 83**
**Laredo, Texas 78041**

Additionally, it is further ordered that Respondents must notify Petitioner and the Court of any anticipated or planned transfer or removal of Petitioner outside of the Southern District of Texas **at least five (5) days** beforehand.

IT IS SO ORDERED.

SIGNED this April 28, 2026.

Diana Saldaña
United States District Judge

2 / 2