United States District Court
Southern District of Texas
**ENTERED**
May 07, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| CRISTIAN ALEJANDRO GUARDADO ALFARO, | § § § | |
| *Petitioner,* | § | |
| | § | |
| v. | § | Civil No. 5:26-cv-00769 |
| | § | |
| WEBB COUNTY DETENTION | § | |
| CENTER | § | |
| and UNITED STATES OF AMERICA, | § | |
| *Respondents.* | § § | |

**<u>ORDER</u>**

Before the Court is the United States of America's Motion to Intervene. Dkt. No. 6. The Court must allow a party to intervene where they claim an interest in the outcome of the case, disposing of the matter would affect their ability to protect that interest, and the party is not adequately represented by existing parties. Fed. R. Civ. P. 24(a)(2). After due consideration, the Court finds that the United States meets these criteria in this habeas case. Moreover, intervention would not unduly delay or prejudice the adjudication of Petitioner's rights. *See* Fed. R. Civ. P. 24(b)(3). On the contrary, the Court finds that allowing the United States to intervene will expedite its adjudication. Accordingly, the United States of America's Motion to Intervene, Dkt. No. 6, is **GRANTED**.

The Clerk of Court is **DIRECTED** to file Dkt. No. 6-1 as United States of America's Motion to Excuse Late Filing and Motion for Extension to Respond to Habeas Petition.

Additionally, the Clerk of Court is **DIRECTED** to mail a copy of this Order and a copy of

Dkt. No. 6 by any receipted means to Petitioner at:

    Cristian Alejandro Guardado Alfaro
    A # 249-049-150
    Webb County Detention Center
    9998 South Highway 83
    Laredo, Texas 78041


    IT IS SO ORDERED

    Signed this May 7, 2026, in Laredo, Texas.


                    Diana Song Quiroga
                    United States Magistrate Judge