United States District Court
Southern District of Texas

**ENTERED**

May 07, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION**

| | | |
|---|---|---|
| **CRISTIAN ALEJANDRO GUARDADO ALFARO,** | § § § | |
| **Petitioner,** | § § | |
| **VS.** | § | **CIVIL ACTION NO. 5:26-CV-00769** |
| | § | |
| **WEBB COUNTY DETENTION CENTER,** *et al.*, | § § § | |
| **Respondents.** | § § | |

## ORDER

Respondents filed a Motion for Extension to Respond to Petitioner's Habeas Petition on May 6, 2026, (Dkt. 8). Respondents' Motion for Extension, (Dkt. 8), is hereby **GRANTED**. Respondents are **ORDERED** to respond to Petitioner's Petition **by May 11, 2026**, and serve *pro se* Petitioner with their response. Petitioner may reply to Respondents' response by **May 15, 2026**.

The Clerk of Court is **DIRECTED** to send a copy of this Order to Petitioner at the below address via any receipted means:

**Cristian Alejandro Guardado Alfaro
A# 249049150
Webb County Detention Center
9998 S Highway 83
Laredo, Texas 78041**

IT IS SO ORDERED.

SIGNED this May 7, 2026.

Diana Saldaña
United States District Judge